File Under Seal

Compliance ID#: 14062900100 22
Certificate filed: 28 August, 2023

United States District Court.
Southern District of New York
Case No. 20-cr-00538 (PGG)
related case: 23-CV-07915 (PGG)

United States of America,
            Plaintiff

                                    **MEMO ENDORSED**

v.                                  The application is denied. This order is ~~not~~ to be filed under seal.

Donnell Russell, d/b/a
            Defendant                       Paul G. Gardephe

                                            Paul G. Gardephe, U.S.D.J.
MOTION TO REDUCE FINES                      Dated: Jan. 17, 2024

RECEIVED JAN -8 2024 PRO SE OFFICE

Defendant DONNELL RUSSELL, here by moves the court to reduce the $10,000 fine assessed by the courts to my conviction. ~~As along~~ Russell along with his family have experienced an upheaval in finances as well as tremendous damages as the result of a $10.3M Default Judgement Entered 1/10/2023 By the State of New York Supreme Court as a result to this case. (Ref. 160759/2021) Coupled with legal expense as a result to this case and disrupted business ventures. Russell and his family are experiencing a financial hardship. (See Attached)

Dated: 12-31-23                     Russell Donnell All rights reserved
                                    DONNELL RUSSELL
                                    01974-510 UNIT SHU
                                    FEDERAL CORRECTIONAL INSTITUTION
                                    P.O. Box 1000
                                    SANDSTONE MN 55072