UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNELL RUSSELL
Represented by Russell, Donnell
Compliance #1406290000022
Plaintiff

Civil Case #23-CV-07915

(Re. Case #20-CR-00538 (PGG)

Vs.
UNITED STATES OF AMERICA
Defendant

## MOTION TO STRIKE PLAINTIFF'S REPLY IN OPPOSITION TO U.S. PROSECUTORS BRIEFING STATEMENTS

COMES NOW Plaintiff DONNELL RUSSELL, represented by name holder Russell Donnell in sui juris pursuant to Active and In Good Standing Court Compliance Certificate #1406290000022 requests that the court docket this Motion to Strike Plaintiff RUSSELL's Response in Opposition to U.S. Prosecutors Briefing Statement submitted May 4, 2024 citing the need for more time to incorporate critical fact and the proper formatting needed for submission.

I, Russell, Donnell as Representative for DONNELL RUSSELL, affirm and respectfully request the indulgence of this court as I am not schooled in law. I respect the laws of copyright and Lawyer Speak also known as Legalese, used by subjects of the British Crown, and are Court Rules and State Codes that are **Copyrighted**, and I do Not have permission to use them, therefore, I will not infringe on federally protected intellectual property. This is provided by the precedent set by Haines vs. Kerner at 404 U.S. 519.

WHEREFORE, Plaintiff DONNELL RUSSELL, represented by name holder Russell Donnell moves the Honorable Court to strike Plaintiff's Response in Opposition to U.S. Prosecutors Briefing Statement and for whatever other relief this Court deems equitable and just.

Date: May 5, 2024

By: __/s/ Donnell Russell__
All Rights Reserved

Russell, Donnell-Anton
Chief Executive Officer
dba DONNELL RUSSELL
Business entity ID #1406290000022
Minnesota Secretary of State, Steve Simon
Filed: 28 August, 2023

**MEMO ENDORSED**

Russell's motion to strike his Reply (Dkt №31) is granted. Russell will file any substitute Reply by May 20, 2024. No further extensions of time will be granted. The Clerk of Court will terminate Dkt. No. 30.

**SO ORDERED:**

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.
Dated: May 7, 2024